**Stephen P. McCarthy**, OSB No. 894152
mccarthys@lanepowell.com
**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Defendants Bank of America, NA
and Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **IVAN HOOKER and KATHERINE HOOKER,**<br><br>Plaintiffs,<br><br>v.<br><br>**NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,**<br><br>Defendants. | Case No. 10-CV-3111-PA<br><br>JOINDER IN NOTICE OF REMOVAL<br><br>By Mortgage Electronic Registration Services, Inc. |

Defendant Mortgage Electronic Registration Systems, Inc., without waiving the requirements for the proper initiation of a lawsuit against it, including, but not limited to, the

PAGE 1 -   JOINDER IN NOTICE OF REMOVAL

proper service of a summons and the complaint, hereby joins in defendant Bank of America, NA's Removal to this court of the state court action identified in the Notice of Removal.

DATED: October 11, 2010

LANE POWELL PC

By /s/ Stephen P. McCarthy
  Stephen P. McCarthy, OSB No. 894152
  Pilar C. French, OSB No. 962880
  Telephone: 503.778.2100
  Attorneys for Defendants Bank of America, NA and Mortgage Electronic Registration Systems, Inc.

PAGE 2 -   JOINDER IN NOTICE OF REMOVAL