**Stephen P. McCarthy**, OSB No. 894152
mccarthys@lanepowell.com
**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Bank of America, NA, and Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **IVAN HOOKER and KATHERINE HOOKER,** | Case No. 10-CV-3111-PA |
| Plaintiffs, | Defendant Mortgage Electronic Registration Systems, Inc.'s |
| v. | CORPORATE DISCLOSURE STATEMENT |
| **NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** | |
| Defendants. | |

PAGE 1 -   CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant Mortgage Electronic Registration Systems, Inc. ("MERS") is a privately-held Delaware corporation. MERS is the wholly owned subsidiary of MERSCORP, Inc., which is also a privately-held Delaware corporation.

DATED: October 11, 2010

LANE POWELL PC

By /s/ Stephen P. McCarthy
   Stephen P. McCarthy, OSB No. 894152
   Pilar C. French, OSB No. 962880
   Telephone: 503.778.2100
Attorneys for Defendants Bank of America, NA, and Mortgage Electronic Registration Systems, Inc.

PAGE 2 -   CORPORATE DISCLOSURE STATEMENT