**Stephen P. McCarthy**, OSB No. 894152
mccarthys@lanepowell.com
**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Bank of America, NA, and Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **IVAN HOOKER and KATHERINE HOOKER,** | Case No. 10-CV-3111-PA |
| Plaintiffs, | DECLARATION OF STEPHEN P. MCCARTHY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE |
| v. | |
| **NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** | |
| Defendants. | |

I, Stephen P. McCarthy, declare and state:

1.   I am a member of Lane Powell PC, attorneys of record for defendants Bank of America and Mortgage Electronic Registration Systems, Inc. I am knowledgeable about facts set forth herein and make this declaration in support of Request to Take Judicial Notice by defendants Bank of America, NA and Mortgage Electronic Registration Systems, Inc.

PAGE 1 -   DECLARATION OF STEPHEN P. MCCARTHY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

2. Attached hereto as Exhibit 1 is a copy of the Rescission of Notice of Default recorded September 20, 2010 in the official records of Jackson County as Record No. 2010-031346.

3. Attached hereto as Exhibit 2 is a copy of the Appointment of Successor Trustee recorded September 20, 2010 in the official records of Jackson County as Record No. 2010-031347.

4. Attached hereto as Exhibit 3 is a copy of the Notice of Default and Election to Sell recorded September 20, 2010 in the official records of Jackson County as Record No. 2010-031348.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 14, 2010

LANE POWELL PC


By    s/ Stephen P. McCarthy
   Stephen P. McCarthy, OSB No. 894152
   Pilar C. French, OSB No. 962880
   Telephone: 503.778.2100
Attorneys for Defendants Bank of America, NA, and Mortgage Electronic Registration Systems, Inc.

PAGE 2 -  DECLARATION OF STEPHEN P. MCCARTHY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE