100238300

### Rescission of Notice of Default

Re: Trust Deed from
IVAN E. HOOKER, KATHERINE J. HOOKER       Grantor
                    To
Northwest Trustee Services, Inc.            Trustee

After Recording Return to
Attn: Kathy Taggart
Northwest Trustee Services, Inc.
P.O. Box 997
Bellevue, WA 98009-0997

Jackson County Official Records **2010-031346**
R-RND
Stn=1 HELMANCD          09/20/2010 12:32:12 PM
$5.00 $10.00 $5.00 $11.00 $15.00          $46.00

I, Christine Walker, County Clerk for Jackson County, Oregon, certify that the Instrument identified herein was recorded in the Clerk records.
Christine Walker - County Clerk

Reference is made to that certain trust deed dated 11/17/05 in which IVAN E. HOOKER, KATHERINE J. HOOKER was grantor, Regional Trustee Services Corporation was trustee and Mortgage Electronic Registration Systems, Inc. solely as nominee for GN MORTGAGE, LLC was beneficiary and recorded 11/23/05, as 2005-071547 of the mortgage records of JACKSON County, Oregon. The trust deed conveyed to the trustee the following real property situated in said county:

As described in said Trust Deed

A notice of grantor's default under said trust deed, containing the beneficiary's or trustee's election to sell all or part of the above described real property to satisfy grantor's obligations secured by the trust deed was recorded 05/07/2010, in the mortgage records of JACKSON County, as 2010-014402.

NOW, THEREFORE, notice hereby is given that the undersigned trustee does hereby rescind, cancel and withdraw the notice of default and election to sell. It being understood, however, that this rescission shall not be construed as waiving or affecting any breach or default—past, present or future—under the trust deed or as impairing any right or remedy thereunder, or as modifying or altering in any respect any of the terms, covenants, conditions or obligations thereof, but is and shall be deemed to be only an election without prejudice, not to cause a sale to be made pursuant to the notice so recorded.

IN WITNESS WHEREOF, the undersigned trustee has executed this document; if the undersigned is a corporation, it has caused its name to be signed and seal affixed by an officer duly authorized thereto by order of its Board of Directors:

Dated: September 16, 2010

Northwest Trustee Services, Inc., Trustee
Northwest Trustee Services, Inc. is successor by merger to Northwest Trustee Services, PLLC (formerly known as Northwest Trustee Services, LLC)

STATE OF WASHINGTON )
                     ) ss.
COUNTY OF KING       )

I certify that I know or have satisfactory evidence that Kathy Taggart is the person who appeared before me, and said person acknowledged that she signed this instrument, on oath stated that she was authorized to execute the instrument and acknowledged it as an Assistant Vice President of Northwest Trustee Services, Inc. to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: Sept 16, 2010

NOTARY PUBLIC in and for the State of Washington, residing at Bellevue
My commission expires 12-28-12

File Number:   7023.73090

BRIAN C. PHAM
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
12-28-12

EXHIBIT  1
PAGE     1

Jackson County Official Records **2010-031347**
R-AT
Stn=1 HELMANCD    09/20/2010 12:32:12 PM
$10.00 $10.00 $5.00 $11.00 $15.00    **$51.00**

I, Christine Walker, County Clerk for Jackson County, Oregon, certify that the instrument identified herein was recorded in the Clerk records.

Christine Walker - County Clerk

**After Recording return to:**

NORTHWEST TRUSTEE SERVICS, INC.
As successor trustee
Attention: Kathy Taggart
P.O. Box 997
Bellevue, WA 98009-0997

100238300

## APPOINTMENT OF SUCCSSOR TRUSTEE

EXHIBIT  2
PAGE  1

## APPOINTMENT OF SUCCESSOR TRUSTEE

10023830

KNOW ALL MEN BY THESE PRESENTS that IVAN E. HOOKER, KATHERINE J. HOOKER, as grantors, and Regional Trustee Services Corporation, as the trustee, and Mortgage Electronic Registration Systems, Inc. solely as nominee for GN MORTGAGE, LLC, is the beneficiary under that certain trust deed dated 11/17/05, and recorded 11/23/05, as 2005-071547 of the Mortgage Records of JACKSON County, Oregon. The undersigned, who is the present beneficiary under said trust deed desires to appoint a new trustee in the place and stead of the original trustee named above;

NOW THEREFORE, in view of the premises, the undersigned hereby appoints Northwest Trustee Services, Inc., whose address is P.O. Box 997, Bellevue, WA 98009-0997 as successor trustee under said trust deed, to have all the powers of said original trustee, effective immediately.

In construing this instrument, and whenever the context so requires, the singular includes the plural.

IN WITNESS WHEREOF, the undersigned beneficiary has executed this document. If the undersigned is a corporation, it has caused its name to be signed and its seal affixed by an officer or other person duly authorized to do so by its board of directors.

Wells Fargo Bank, N.A., as attorney in fact for Bank of America, National Association

By _____
China Brown, Vice President of Loan Documentation

State of South Carolina  )
                         ) ss.
County of York  )

This instrument was acknowledged before me on <u>September 13, 2010</u> by China Brown as Vice President of Loan Documentation of Wells Fargo Bank, N.A...

_____
Notary signature
My commission expires_____

CAROLYN M. EVANS
NOTARY PUBLIC
SOUTH CAROLINA
MY COMMISSION EXPIRES 08/18/2019

APPOINTMENT OF SUCCESSOR TRUSTEE
Re: Trust Deed from
HOOKER, IVAN E. and KATHERINE J.
          Grantor
    to
Northwest Trustee Services, Inc.
          Trustee          File No. 7023.73090

After recording return to:
Kathy Taggart
Northwest Trustee Services, Inc.
P.O. Box 997
Bellevue, WA 98009-0997

EXHIBIT   2
PAGE      2

Jackson County Official Records **2010-031348**
R-ND
Stn=1 HELMANCD    09/20/2010 12:32:12 PM
$15.00 $10.00 $5.00 $11.00 $15.00        $56.00

I, Christine Walker, County Clerk for Jackson County, Oregon, certify that the instrument identified herein was recorded in the Clerk records.

Christine Walker - County Clerk

**After Recording return to:**

**NORTHWEST TRUSTEE SERVICS, INC.**
As successor trustee
Attention: Kathy Taggart
P.O. Box 997
Bellevue, WA 98009-0997

100238300

## NOTICE OF DEFAULT AND ELECTION TO SELL

EXHIBIT 3
PAGE 1

100238300

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain trust deed made by IVAN E. HOOKER, KATHERINE J. HOOKER, as grantors, to Regional Trustee Services Corporation, as trustee, in favor of Mortgage Electronic Registration Systems, Inc. solely as nominee for GN MORTGAGE, LLC, as beneficiary, dated 11/17/05, recorded 11/23/05, in the mortgage records of JACKSON County, Oregon, as 2005-071547, and subsequently assigned to Bank of America, National Association by Assignment recorded as 2010-014400, covering the following described real property situated in said county and state, to wit:

COMMENCING AT THE QUARTER CORNER COMMON TO SECTIONS 5 AND 6 IN TOWNSHIP 38 SOUTH, RANGE 2 WEST OF THE WILLAMETTE MERIDIAN, JACKSON COUNTY, OREGON; RUN THENCE ALONG THE SECTION LINE COMMON TO SECTIONS 5 AND 6, SAME TOWNSHIP AND RANGE, NORTH 0 DEGREES 01' 30" WEST, 415.49 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUE ALONG SECTION LINE NORTH 00 DEGREES 01' 30" WEST 354.40 FEET; THENCE EAST 35 FEET, MORE OR LESS, TO THE WESTERLY RIGHT OF WAY LINE OF DAISY CREEK ROAD; THENCE IN A SOUTHERLY DIRECTION ALONG SAID WESTERLY RIGHT OF WAY LINE, 355 FEET, MORE OR LESS, TO THE SOUTH BOUNDARY OF THE TRACT OF LAND DESCRIBED IN VOLUME 381, PAGE 359, JACKSON COUNTY, OREGON, DEED RECORDS; THENCE WEST, ALONG SAID SOUTH BOUNDARY, 50 FEET, MORE OR LESS, TO THE TRUE POINT OF BEGINNING.

PROPERTY ADDRESS:   1380 DAISY CREEK ROAD
                    JACKSONVILLE, OR 97530

There is a default by the grantor or other person owing an obligation or by their successor in interest, the performance of which is secured by said trust deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision. The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $1,590.67 beginning 09/01/09; plus late charges of $64.95 each month beginning 09/16/09; plus prior accrued late charges of $0.00; excepting therefrom a credit of ($304.69); together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; any further sums advanced by the beneficiary for the protection of the above described real property and its interest therein; and prepayment penalties/premiums, if applicable.

By reason of said default, the beneficiary has declared all sums owing on the obligation secured by said trust deed immediately due and payable, said sums being the following, to wit: $259,800.86 with interest thereon at the rate of 6 percent per annum beginning 08/01/09; plus late charges of $64.95 each month beginning 09/16/09 until paid; plus prior accrued late charges of $0.00; excepting therefrom a credit of ($304.69); together with title expense, costs, trustee's fees and attorneys fees incurred herein by reason of said default; any further sums advanced by the beneficiary for the protection of the above described real property and its interest therein; and prepayment penalties/premiums, if applicable.

---

**NOTICE OF DEFAULT AND ELECTION TO SELL**

RE: Trust Deed from
HOOKER, IVAN E. and KATHERINE J.
  Grantor
  to
Northwest Trustee Services, Inc.,
  Successor Trustee          File No. 7023.73090

For Additional Information:
After Recording return to:
Kathy Taggart
Northwest Trustee Services, Inc.
P.O. Box 997
Bellevue, WA 98009-0997
(425) 586-1900

EXHIBIT 3
PAGE 2

Notice is hereby given that the beneficiary and trustee, by reason of said default, have elected and do hereby elect to foreclose the trust deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time grantor executed the trust deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the trust deed, to satisfy the obligations secured by the trust deed and the expenses of the sale, including the compensations of the trustee as provided by law, and reasonable fees of trustee's attorneys.

The sale will be held at the hour of 10:00 o'clock A.M., in accord with the standard of time established by ORS 187.110 on **January 25, 2011**, at the following place: on the front steps outside the main entrance of the Jackson County Courthouse, 10 South Oakdale, in the City of Medford, County of JACKSON, State of Oregon, which is the hour, date and place last set for the sale.

Notice is further given that for reinstatement or payoff quotes requested pursuant to ORS 86.745 must be timely communicated in a written request that complies with that statute addressed to the trustee's "Urgent Request Desk" either by personal delivery to the trustee's physical offices (call for address) or by first class, certified mail, return receipt requested, addressed to the trustee's post office box address set forth in this notice. Due to potential conflicts with federal law, persons having no record legal or equitable interest in the subject property will only receive information concerning the lender's estimated or actual bid. Lender bid information is also available at the trustee's website, www.northwesttrustee.com.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the trust deed reinstated by payment to the beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or trust deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and trust deed, together with trustee's and attorney's fees not exceeding the amounts provided by said ORS 86.753. Requests from persons named in ORS 86.753 for reinstatement quotes received less than six days prior to the date set for the trustee's sale will be honored only at the discretion of the beneficiary or if required by the terms of the loan documents.

In construing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said trust deed, and the words "trustee" and "beneficiary" include their respective successors in interest, if any.

**The trustee's rules of auction may be accessed at www.northwesttrustee.com and are incorporated by this reference. You may also access sale status at www.northwesttrustee.com.**

Northwest Trustee Services, Inc. - Trustee
Northwest Trustee Services, Inc.

STATE OF WASHINGTON )
                               ) ss.
COUNTY OF KING        )

I certify that I know or have satisfactory evidence that Kathy Taggart is the person who appeared before me, and said person acknowledged that she signed this instrument, on oath stated that she was authorized to execute the instrument and acknowledged it as an Assistant Vice President of Northwest Trustee Services, Inc. to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: Sept. 14, 2010

BRIAN C. PHAM
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
12-28-12

NOTARY PUBLIC in and for the State of Washington, residing at Bellevue
My commission expires 12-28-12

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

EXHIBIT 3
PAGE 3