

Home Page | Contact Us | Location | Privacy Policy | Site Map

Newsroom | About Us | Events | Why MERS? | Knowledge Base | Careers

**Tools & Services**

Downloads

Member Directory

Foreclosures

Enhancements

Forum

Advertising

Payment Options

MERS for Homeowners

Property Preservation Contacts

Contact Us

Join Now Become a Member

MERS Products →

| MERS® System | MERS® Link | MERS® 1-2-3 | MERS® Commercial |
| MERS® eRegistry | MERS® eDelivery | MERS® ServicerID | MERS® iSearch |
| MERS Fraud Tools | Mass.Gov Div. of Banks | MISMO® | MERS® FraudALERT |

Home » About Us > Overview

### About MERS

**MERS was created by the mortgage banking industry to streamline the mortgage process by using electronic commerce to eliminate paper. Our mission is to register every mortgage loan in the United States on the MERS® System.**

Beneficiaries of MERS include mortgage originators, servicers, warehouse lenders, wholesale lenders, retail lenders, document custodians, settlement agents, title companies, insurers, investors, county recorders and consumers.
MERS acts as nominee in the county land records for the lender and servicer. Any loan registered on the MERS® System is inoculated against future assignments because MERS remains the nominal mortgagee no matter how many times servicing is traded. MERS as original mortgagee (MOM) is approved by Fannie Mae, Freddie Mac, Ginnie Mae, FHA and VA, California and Utah Housing Finance Agencies, as well as all of the major Wall Street rating agencies.

TOP

Home Page | Contact Us | Location | Privacy Policy | Site Map

Copyright© 2010 by MERSCORP, Inc. 1-800-646-MERS (6377)
Other products or company names are or may be trademarks or registered trademarks and are the property of their respective holders.