**Stephen P. McCarthy**, OSB No. 894152
mccarthys@lanepowell.com
**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Bank of America, NA, and
Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| IVAN HOOKER and KATHERINE HOOKER, | Case No. 10-CV-3111-PA |
| Plaintiffs, | SUPPLEMENTAL DECLARATION OF STEPHEN P. MCCARTHY |
| v. | |
| NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |

I, Stephen P. McCarthy, declare and state:

1.  I am a member of Lane Powell PC, attorneys of record for defendants Bank of America and Mortgage Electronic Registration Systems, Inc. I am knowledgeable about facts set forth herein and make this supplemental declaration consistent with the Court's order regarding

PAGE 1 -  SUPPLEMENTAL DECLARATION OF STEPHEN P. MCCARTHY

supplemental briefing regarding Defendants' Motion to Dismiss Pursuant to Rules 12(b)(6) and 8(a).

2. Attached hereto as Exhibit 1 is a copy of a MIN Summary and Milestones dated January 3, 2011 for the loan to the borrowers Ivan Hooker and Katherine Hooker identified on the MERS System as 1000165-0000549161-7.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 31, 2011

LANE POWELL PC

By /s/ Stephen P. McCarthy
Stephen P. McCarthy, OSB No. 894152
Pilar C. French, OSB No. 962880
Telephone: 503.778.2100
Attorneys for Defendants Bank of America, NA, and Mortgage Electronic Registration Systems, Inc.

PAGE 2 - SUPPLEMENTAL DECLARATION OF STEPHEN P. MCCARTHY

## MIN SUMMARY

**Summary**

1000165-0000549161-7

1380 DAISY CREEK ROAD
JACKSONVILLE, OR 97530

Active (Registered)
Foreclosure pending (Option 2), retained on MERS
MOM
First Lien

| | | | |
|---|---|---|---|
| Reg Date | 12/01/2005 | | |
| County | Jackson | QR | Y |
| Primary Borrower | HOOKER, IVAN | SSN | |
| Co-Borrower | HOOKER, KATHERINE | SSN | |
| Pool Number | N/A | Investor Loan Number | N/A |
| Note Amount | $260,000.00 | Note Date | 11/23/2005 |
| Servicer | 1000113 - Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA | | |
| Custodian | N/A | | |
| Investor | 1000262 - Bank of America. | | |
| Subservicer | N/A | | |
| Interim Funder | N/A | | |
| Originating Organization | N/A | | |
| Property Preservation Co. | N/A | | |

**Pending Batches**

| Batch Number | Transfer Type | Status | Transfer Date | Sale Date |
|---|---|---|---|---|

No Pending Batches!

EXHIBIT ___1___
PAGE ___1___

https://www.mersonline.org/mers/mininfo/minsummary.jsp?aux=C2D6FD65B13DCB4C22...   1/3/2011

Page 1 of 1

## MILESTONES for 1000165-00005

Page 1 of 1

## MILESTONES for 1000165-00000549161-7



| Description | Date | Initiating Organization / User | Milestone Information |
|---|---|---|---|
| Foreclosure Status Update | 05/11/2010 | 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br><br>Batch | MIN Status: Active (Registered)<br>Foreclosure Status: Foreclosure Pending (option 2), retained on MERS<br>Quality Review: Y |
| Transfer Beneficial Rights - Option 2 | 07/15/2006 | 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br><br>Batch | MIN Status: Active (Registered)<br>New Investor: 1000262 Bank of America.<br>Old Investor: 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>Batch Number: 3606737<br>Transfer Date: 07/14/2006 |
| Transfer of Flow Servicing Rights | 12/14/2005 | 1000165 Guaranty Bank, FSB<br><br>Elaine Scott | MIN Status: Active (Registered)<br>New Servicer: 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>Old Servicer: 1000165 Guaranty Bank, FSB<br>Batch Number: 2965446<br>Sale Date: 12/14/2005<br>Transfer Date: 12/14/2005 |
| Transfer Beneficial Rights - Option 2 | 12/09/2005 | 1000165 Guaranty Bank, FSB<br><br>Batch | MIN Status: Active (Registered)<br>New Investor: 1000113 Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>Old Investor: 1000165 Guaranty Bank, FSB<br>Batch Number: 2955407<br>Transfer Date: 12/08/2005 |
| Registration | 12/01/2005 | 1000165 Guaranty Bank, FSB<br>Batch | MIN Status: Active (Registered)<br>Servicer: 1000165 Guaranty Bank, FSB |

EXHIBIT 1
PAGE 2