**Stephen P. McCarthy**, OSB No. 894152
mccarthys@lanepowell.com
**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Defendants Bank of America, NA, and
Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| IVAN HOOKER and KATHERINE HOOKER, | Case No. 10-CV-3111-PA |
| Plaintiffs, | Defendants Bank of America, NA and Mortgage Electronic Registration Systems, Inc.'s |
| v. | UNOPPOSED MOTION TO EXTEND PRE-TRIAL DEADLINES |
| NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |

Pursuant to Local Rule 16.3, defendants Bank of America, NA and Mortgage Electronic Registration Systems, Inc. ("Defendants") move the court for an order extending the current pretrial deadlines:

PAGE 1 -   UNOPPOSED MOTION TO EXTEND PRE-TRIAL DEADLINES

1.      Discovery deadline from February 7, 2011, to 120 days after this court has decided Defendants' pending Motion to Dismiss Pursuant to Rules 12(b)(6) and 8 (the "pending motion");

2.      Dispositive motions from February 7, 2011, to 150 days after this court has decided the pending motion;

3.      Joint ADR report and pretrial order deadlines from March 7, 2011 to 180 days after this court has decided the pending motion.

4.      All other deadlines to such time as the court orders.

In the alternative, Defendants move the court for a Rule 16 scheduling conference to enlarge the current deadlines and set new deadlines consistent with the court's schedule.

Defendants' counsel has conferred with plaintiffs' counsel, and he concurs in this motion. This motion is made in good faith and not for the purpose of undue delay. There are no other current deadlines established by the court that will be affected by this motion.

In support of this motion Defendants rely on Local Rule 16.3 and the Affidavit of Stephen P. McCarthy.

DATED: February 7, 2011

LANE POWELL PC


By /s/ Stephen P. McCarthy
    Stephen P. McCarthy, OSB No. 894152
    Pilar C. French, OSB No. 962880
    Telephone: 503.778.2100
    Attorneys for Defendants Bank of America, NA, and Mortgage Electronic Registration Systems, Inc.

PAGE 2 -   UNOPPOSED MOTION TO EXTEND PRE-TRIAL DEADLINES