**Stephen P. McCarthy**, OSB No. 894152
mccarthys@lanepowell.com
**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Bank of America, NA, and Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **IVAN HOOKER and KATHERINE HOOKER,** | Case No. 10-CV-3111-PA |
| Plaintiffs, | DECLARATION OF STEPHEN P. MCCARTHY IN SUPPORT OF UNOPPOSED MOTION TO EXTEND PRE-TRIAL DEADLINES |
| v. | |
| **NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** | |
| Defendants. | |

I, Stephen P. McCarthy, declare and state:

1. I am a member of Lane Powell PC, attorneys of record for defendants Bank of America and Mortgage Electronic Registration Systems, Inc. I am knowledgeable about facts set forth herein and make this declaration in support of Defendants' Unopposed Motion to Extend Pre-Trial Deadlines.

PAGE 1 -   DECLARATION OF STEPHEN P. MCCARTHY IN SUPPORT OF UNOPPOSED MOTION TO EXTEND PRE-TRIAL DEADLINES

2. This Court has ordered additional briefing regarding Defendants' pending Motion to Dismiss Pursuant to Rules 12(b)(6) and 8. Plaintiffs and Defendants are required to file a brief on or before Monday, February 14, 2011. Responsive briefs must be submitted to the court on or before Friday, February 25, 2011.

3. I have conferred with plaintiffs' counsel, James Stout, and he agrees that the pre-trial deadlines should be extended at least 120 days after this court has decided the Motion to Dismiss Pursuant to Rules 12(b)(6) and 8, which is currently pending before this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 7, 2011

/s/ Stephen P. McCarthy
Stephen P. McCarthy

PAGE 2 -  DECLARATION OF STEPHEN P. MCCARTHY IN SUPPORT OF UNOPPOSED MOTION TO EXTEND PRE-TRIAL DEADLINES

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

707220.0017/903568.1