James J. Stout, OSB #93473
E-Mail: jjstout1@aol.com
James J. Stout, PC
419 S. Oakdale Ave.
Medford, OR 97501
Phone: (541) 618-8888
Fax: (541) 618-9015
    Attorney for Plaintiffs Hooker

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| IVAN HOOKER AND KATHERINE HOOKER,<br>    Plaintiffs,<br>  vs.<br>NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>    Defendants. | Case No.: 10-CV-3111-PA<br><br>SUPPLEMENTAL REPLY BRIEF ON JACKSON ISSUE |

    Plaintiff files this supplemental reply brief on the Jackson Issue.

    Plaintiffs counsel' has found no new case law regarding the assignment of the underlying trust deed as opposed to the promissory note. However, in a memorandum decision in the Agard case from the United States Bankruptcy Court for the Eastern District of New York by Judge Grossman is an excellent authority on MERS. The case is attached hereto as Exhibit 1, and by this reference incorporated herein.

Obviously, plaintiffs agree with the dissent in Jackson. If the assignment of the promissory note is also an equitable assignment of the deed of trust, then the statute requires the assignment <u>of the deed of trust</u> to be recorded.

As a practical matter, this is sound public policy. The public or any other entity researching the public records would not be able to find these assignments, unless they were part of the MERS system. Further, since MERS members do not record <u>any</u> assignments until they assign the trust deed or the note outside of the MERS system or at foreclosure, there is no possible way for anyone to determine the actual owner of either the promissory note or the deed of trust.

A brief look at the deed of trust and the promissory note lead the Court to the inescapable conclusion that the lender was GN Mortgage, LLC. However, on document 22, which is the MERS trail the investor is listed as Guaranty Bank, FSB. Guarantee Bank FSB allegedly transferred the beneficial interest of the deed of trust to Wells Fargo Home Mortgage, on or about December 9, 2005. Therefore, according to MERS, GN Mortgage, LLC never had an interest in the promissory note or the deed of trust, ever.

Further, according to the MERS trail, Wells Fargo Home Mortgage transferred the beneficial interest of the promissory note and the trust deed to Bank of America on July 15, 2006. Again, none of these assignments of the trust deed were recorded. There is no way the public would have any clue of who the actual owner of the promissory note or the trust deed was, by the records of Jackson County. As Justice Page stated: "finally, it is apparent with the benefit of hindsight that the ability of lenders to freely and anonymously transfer notes among themselves facilitated, if not created, the financial and banking crisis in which our country currently finds itself."

Finally, the court should take notice that the MERS trail is inaccurate. GN Mortgage is not even listed on the MERS trail.

Since MERS and the banks created this system which has completely made a sham out of the normal way mortgages were assigned in the past, they should be the ones to pay the price. The people of the state of Oregon had

nothing to do with it.  The court should hold that any beneficial interest in the trust deed, including equitable interest that have been assigned, have to be recorded in order to foreclose by advertisement and sale.

Dated: Friday, February 25, 2011

**JAMES J. STOUT, P.C.**

By   /s/ James J. Stout
James J. Stout
OSB No. 93473
Attorney for Plaintiffs Hooker

CERTIFICATE OF SERVICE

Case No.  10-CV-3111-PA

I, James J. Stout, hereby certify that I served the foregoing **SUPPLIMENTAL RESPONSE TO MOTION TO DISMISS** on Friday, February 25, 2011, via ECF:

John M. Thomas
Routh Crabtree Olson, PC
11830 SW. Kerr Pkwy., Suite 385
Lake Oswego, OR 97035
    Attorney for Defendant NWTS

Stephen P. McCarthy
Pilar C. French
Lane Powell PC
601 SW. 2nd Ave., Suite 2100
Portland, OR 97204-3158
    Attorneys for Defendants MERS
    and Bank of America


    /s/ James J. Stout, PC
James J. Stout
OSB No. 93473
419 S. Oakdale Ave.
Medford, Oregon 97501
Phone: 541-618-8888
Fax: 541-618-9015
jjstout1@aol.com
    Attorney for plaintiff Hooker
        (clients/Hooker/certmail)