FILED'11 MAY 25 14:22USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IVAN HOOKER and KATHERINE
HOOKER,

          Plaintiffs,              Civ. No. 10-3111-PA

                                      **JUDGMENT**

    v.

NORTHWEST TRUSTEE SERVICES,
INC.; BANK OF AMERICA, N.A.;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

          Defendants.

**PANNER**, District Judge:

    Based on the record, judgment is for the plaintiffs. This
action is dismissed.

    IT IS SO ORDERED.

    DATED this ___25___ day of May, 2011.

                             OWEN M. PANNER
                             U.S. DISTRICT JUDGE

1- JUDGMENT