AO 133   (Rev. 11/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| IVAN HOOKER AND KATHERINE HOOKER | ) |
| v. | ) Case No.: 10-CV-03111-PA |
| NORTHWEST TRUSTEE SERVICES, ET AL | ) |

## Bill of Costs

Judgment having been entered in the above entitled ___05/25/2011___ against ___Bank of America, NA; and___,
                                                                                     Date                          MORTGAGE ELECTRONIC
the Clerk is requested to tax the following as costs:                                                               REGISTRATION SYSTEMS, INC

| | |
|---|---:|
| Fees of the Clerk ............................................................... | $ 694.00 |
| Fees for service of summons and subpoena ............................................. | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ....... | 0.00 |
| Fees and disbursements for printing ................................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ............................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................................... | 0.00 |
| Docket fees under 28 U.S.C. 1923 .................................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ......................................... | 0.00 |
| Compensation of court-appointed experts .............................................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ........................................................ | 51.00 |
| TOTAL | $ 745.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service by e-mail as set forth below and/or.

☑   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of    James J. Stout OSB 93473

For: Ivan Hooker and Katherine Hooker                                         Date: 06/01/2011
         *Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
     *Clerk of Court*                  *Deputy Clerk*              *Date*

AO 133 (Rev. 11/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

```
                    Jackson Co Circuit Court

                     Jackson County Courts
                        100 S. Oakdale
                       Medford, OR 97501
                        541-776-7171

Receipt # 000937546     9/08/10    10:34    CHKO    CCS    JACW077

Case #   104576E3   Hooker Ivan/Northwest Trustee Services

Civil Filing-Suit Ptf         197.00   Addl Party 10,000 to 49,999    150.00




AMOUNT TENDERED               347.00
AMOUNT APPLIED                347.00   BALANCE DUE                      0.00
CHANGE                          0.00
PAYOR STOUT JAMES J                                    Receipt # 000937546
```

*pd by client*

Jackson Co Circuit Court

Jackson County Courts
100 S. Oakdale
Medford, OR 97501
541-776-7171

Receipt # 000937547      9/08/10      10:34      CHKO      CCS      JACW077

Case #    104576E3    Hooker Ivan/Northwest Trustee Services

Civil Filing-Suit Ptf            197.00      Addl Party 10,000 to 49,999        150.00


AMOUNT TENDERED              347.00
AMOUNT APPLIED               347.00      BALANCE DUE                          0.00
CHANGE                         0.00
PAYOR STOUT JAMES J                                       Receipt # 000937547

ph by dtcnt.

Check Images                                                    https://bankonline.umpquabank.com/Umpqua/af(CAWUmCpfA0HP0...

## Check Images

Close Window


**UMPQUA BANK**

Account: BUSINESS ANALYZED CHECKING 7670 | Check Number: 6711 | Date Posted: 11/1/2010 | Amount: $51.00

Zoom In   Zoom Out   Print

```
JAMES J. STOUT, P.C.                    UMPQUA BANK              6711
ATTORNEY AT LAW                         96-50/1232
419 S OAKDALE AVENUE
MEDFORD, OR 97501                                            10/28/2010
(541) 618-8878

PAY TO THE   Jackson County Recorders Office              $  **51.00
ORDER OF
Fifty-One and 00/100**********************************************
                                                              DOLLARS
             Jackson County Recorders Office

MEMO    Re pers case#1:10-CV-03111-PA Hooker H-109-10   [signature]
        ⑴006711⑴ ⑴123205054⑴ 010157670⑴
```



```
JACKSON COUNTY RECORDING

122364   3  MORGANS
10/28/2010 04:06:53 PM
JAMES J STOUT
2010-35804 TO 35811

RECORDED DOCUMENTS            51.00
RECORDED DOCUMENTS            51.00
RECORDED DOCUMENTS            51.00
RECORDED DOCUMENTS            46.00
RECORDED DOCUMENTS            51.00
RECORDED DOCUMENTS            46.00
RECORDED DOCUMENTS            51.00
RECORDED DOCUMENTS            46.00

Total                       $393.00
CHECK 6711  Hooker            51.00
CHECK 6712  Jermain           51.00
CHECK 6713  McCoy             51.00
CHECK 6714  Armour RR         46.00
CHECK 6708  Zoller            51.00
CHECK 6709  Machado           46.00
CHECK 6705  MacFarlane        51.00
CHECK 6704  Vellini           46.00

Amount Due                     0.00
              Thank You
```

1 of 1                                                           6/1/2011 10:49 AM

## CERTIFICATE OF SERVICE

### Case No. 10-CV-03111-PA

I, James J. Stout, hereby certify that I served the foregoing **BILL OF COSTS** on Thursday, June 02, 2011, via First Class Mail to:

John M. Thomas
Routh Crabtree Olson, PC
11830 SW. Kerr Pkwy., Suite 385
Lake Oswego, OR 97035
    Attorney for Defendant NWTS

Stephen P. McCarthy
Pilar C. French
Lane Powell PC
601 SW. 2nd Ave., Suite 2100
Portland, OR 97204-3158
    Attorneys for Defendants MERS
    and Bank of America

Thursday, June 02, 2011

_____
James J. Stout
OSB No. 93473
419 S. Oakdale Ave.
Medford, Oregon 97501
Phone: 541-618-8888
Fax: 541-618-9015
jjstout1@aol.com
    Attorney for plaintiff Hooker
    (clients/Hooker/certmail)