James J. Stout, OSB #93473
E-Mail: jjstout1@aol.com
James J. Stout, PC
419 S. Oakdale Ave.
Medford, OR 97501
Phone: (541) 618-8888
Fax: (541) 618-9015
    Attorney for Plaintiff Hooker

FILED'11 JUN 6 15:49USDC-ORM

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| IVAN HOOKER AND KATHERINE HOOKER,<br>    Plaintiffs,<br>vs.<br>NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>    Defendants. | Case No.: 10-CV-03111-PA<br><br>MOTION FOR AN AWARD OF ATTORNEYS' FEES FOR PLAINTIFF |

STATE OF OREGON)
               ) ss.
County of Jackson  )

    Pursuant to LR 7-1, the parties have made a good-faith effort to confer through telephonic conferences to resolve the dispute and have been unable to do so.

    Pursuant to FRCP 54(d)(2) and LR 54.3, plaintiff moves the Court for an award of attorney fees in the amount of $4,885.54. Plaintiff is entitled to an award of attorney fees as the prevailing party pursuant to: The deed of trust and the promissory note and the Order of the Honorable Owen M. Panner dated May 25, 2011.

This motion is supported by the declarations of James J. Stout, PC with the memorandum of law filed contemporaneously with this motion.

Respectfully submitted this 6th day of June 6, 2011.

JAMES J. STOUT, P.C.
OSB No. 93473
541-628-8888
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

### Case No. 10-CV-03111-PA

I, James J. Stout, hereby certify that I served the foregoing **Motion for an Award of Attorneys' Fees For Plaintiff** on Monday, June 06, 2011, via first class mail:

John M. Thomas
Routh Crabtree Olson, PC
11830 SW. Kerr Pkwy., Suite 385
Lake Oswego, OR 97035
    Attorney for Defendant NWTS

Stephen P. McCarthy
Pilar C. French
Lane Powell PC
601 SW. 2nd Ave., Suite 2100
Portland, OR 97204-3158
    Attorneys for Defendants MERS
    and Bank of America

Monday, June 06, 2011

James J. Stout
OSB No. 93473
419 S. Oakdale Ave.
Medford, Oregon 97501
Phone: 541-618-8888
Fax: 541-618-9015
jjstout1@aol.com
    Attorney for plaintiff Hooker
    (clients/Hooker/certmail)