FILED'11 JUN 6 15:49USDC-ORM

James J. Stout, OSB #93473
E-Mail: jjstout1@aol.com
James J. Stout, PC
419 S. Oakdale Ave.
Medford, OR 97501
Phone: (541) 618-8888
Fax: (541) 618-9015
    Attorney for Plaintiff Hooker

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| IVAN HOOKER AND KATHERINE HOOKER,<br>    Plaintiffs,<br>vs.<br>NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>    Defendants. | Case No.: 10-CV-03111-PA<br><br>MEMORANDUM IN SUPPORT FOR AN AWARD OF ATTORNEYS' FEES FOR PLAINTIFF |

STATE OF OREGON)
                ) ss.
County of Jackson )

    1. Plaintiff has moved the court for an award of attorney fees in this action. Plaintiff is entitled to an award of attorney fees pursuant to: the deed of trust, the promissory note and the Order of the Honorable Owen M. Panner dated May 25, 2011.

    The attorney's fees are based upon the provisions of the deed of trust and the promissory note.

    2. Plaintiff is entitled to an award of attorney's fees. Paragraph 22 of the deed of trust and paragraph 7 of the promissory note set forth attorney's fees. ORS 20.096 sets forth the reciprocity of attorney's fees and costs in a proceeding to enforce the contract. Here, defendants attempted to

enforce the contract by foreclosure by advertisement and sale. As such, plaintiffs are entitled to reasonable attorney's fees incurred herein.

3. Plaintiff requests an award of $4,280.00 in attorney fees. As the declarations filed in support of this motion demonstrate, the requested amount is reasonable and supported by the record in this action. The attorney's rate is $200 per hour. This is well within the norms set forth on the Oregon State Bar's economic survey.

4. In view of the arguments and authorities set forth above, plaintiff is entitled to an award of not less than $4,280.00 in attorney fees.

_____
JAMES J. STOUT, P.C.
OSB No. 93473
541-628-8888
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**Case No.** 10-CV-03111-PA

I, James J. Stout, hereby certify that I served the foregoing **Memorandum in Support of Plaintiff's Motion for An Award of Attorneys' Fees** on **Monday, June 06, 2011**, via first class mail to:

John M. Thomas
Routh Crabtree Olson, PC
11830 SW. Kerr Pkwy., Suite 385
Lake Oswego, OR 97035
    Attorney for Defendant NWTS

Stephen P. McCarthy
Pilar C. French
Lane Powell PC
601 SW. 2nd Ave., Suite 2100
Portland, OR 97204-3158
    Attorneys for Defendants MERS
    and Bank of America

Monday, June 06, 2011

    James J. Stout
    OSB No. 93473
    419 S. Oakdale Ave.
    Medford, Oregon 97501
    Phone: 541-618-8888
    Fax: 541-618-9015
    jjstout1@aol.com
        Attorney for plaintiff Hooker
        (clients/Hooker/certmail)