James J. Stout, OSB #93473
E-Mail: jjstout1@aol.com
James J. Stout, PC
419 S. Oakdale Ave.
Medford, OR 97501
Phone: (541) 618-8888
Fax: (541) 618-9015
   Attorney for Plaintiff Hooker

FILED 11 JUN 6 15:49 USDC-ORM

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| IVAN HOOKER AND KATHERINE HOOKER, <br> Plaintiffs, <br> vs. <br> NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. <br> Defendants. | Case No.: 10-CV-03111-PA <br><br> DECLARATION OF JAMES J. STOUT, P.C. IN SUPPORT PLAINTIFF OF MOTION FOR ATTORNEY FEES |

James J. Stout, P.C. declares as follows:

   1. I am an attorney practicing in Medford, Oregon. I have been lead trial counsel and have had primary responsibility for litigating this case on behalf of plaintiff. I am competent to testify to the matters set forth in this declaration and do so based on personal knowledge.
   2. Plaintiff is the prevailing party in this litigation pursuant to Order of the Honorable Owen M. Panner dated May 25, 2011.
   3. The total amount of attorney fees and expenses requested is $4,280.00.
   4. The number of hours and services rendered in this matter for attorney, clerk and legal assistance and the hourly rate is set forth in detail in Exhibit "A: attached hereto and summarized as follows:

| NAME | POSITION | RATE | HOURS | FEES |
|------|----------|------|-------|------|
| James J. Stout | Attorney | 200.00/hr | 21.15 | $4,230.00 |
| Deborah K. Hooper | Legal Assistant | 100.00/hr | .50 | $ 50.00 |

Total fees incurred:                                                                $4,280.00

    5. The billing rates listed in the above chart are reasonable and are similar of those customarily charged for the Medford practice area in the legal community located in Jackson County, Oregon. The latest Oregon State Bar (OSB) Economic Survey dated 2008 reflects that my rates are well within the norm.

    6. The total number of hours billed for which compensation is sought is reasonable under the circumstances of this case.

    7. A detailed summary of the time incurred by each me and my staff on a chronological basis is attached to the declaration as Exhibit "A".

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 6th day of June 2011.

_____
JAMES J. STOUT, P.C.
OSB No. 93473
541-628-8888
Attorney for Plaintiff

# JAMES J. STOUT, P.C.                                    Activity Report

**For the dates: 6/6/2009 to 6/6/2011**
**Client: Hooker, Ivan and Katherine**
**Matter: Loan Modification (Default)**

**Bill Detail**

| Date | Type | Biller | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/11/2010 | Fee | JS | Conf with client re: foreclosure issues. | 0.50 | $100.00 |
| 8/12/2010 | Fee | OS | Authorization letters to Trustee and Bank. | 0.30 | $30.00 |
| 8/17/2010 | Exp | OS | Postage | | $5.54 |
| 8/17/2010 | Fee | JS | QWR | 0.25 | $50.00 |
| 8/18/2010 | Fee | JS | Review letter from NW Ttee and file. letter to NW re: QWR not reinstatement. | 0.40 | $80.00 |
| 9/7/2010 | Fee | JS | Review audit from Mark, research online re: recorded docs, prep complaint for wrongful foreclosure. | 4.20 | $840.00 |
| 9/8/2010 | Exp | OS | Jackson County Courts - complaint filing fee | | $694.00 |
| 9/8/2010 | Pmt | | Complaint filing fee paid by client check #5296 receipt #408627. | | ($694.00) |
| 9/8/2010 | Fee | JS | Trip to court to file complaint, fax to Trustee and Bank. Prep summons for service and internet research on serving addresses for defendants. | 1.25 | $250.00 |
| 9/30/2010 | Pmt | | Payment from Client's Trust Account | | ($1,355.54) |
| 10/1/2010 | Fee | JS | Review docs from Opposing attorney re: new NOD and recorded docs. | 0.35 | $70.00 |
| 10/12/2010 | Fee | JS | Lis Pendens | 0.40 | $80.00 |
| 10/28/2010 | Exp | OS | Check #6711 Jackson County Recorder - Lis pendens recording fee | | $51.00 |
| 11/2/2010 | Pmt | | Payment from Client's Trust Account | | ($201.00) |
| 11/9/2010 | Fee | JS | Review motion to dismiss, legal research on cases and assignments. | 2.35 | $470.00 |
| 11/9/2010 | Fee | JS | Prep response to motion to dismiss and exhibits. | 2.25 | $450.00 |
| 12/7/2010 | Pmt | | Payment from Client's Trust Account | | ($920.00) |
| 1/19/2011 | Fee | JS | Review audit, pleadings, motions and case law for hearing on motion to dismiss. | 2.75 | $550.00 |
| 1/19/2011 | Fee | JS | Hearing on motion to dismiss. | 1.00 | $200.00 |
| 1/25/2011 | Fee | OS | Attended sale - property is listed as indefinite bankruptcy stay | 0.20 | $20.00 |
| 1/31/2011 | Fee | JS | Prep and file supplemental response to motion to dismiss. | 1.20 | $240.00 |
| 2/12/2011 | Fee | JS | Review docs for supplemental questions per Judge Panner | 0.85 | $170.00 |
| 2/14/2011 | Pmt | | Payment from Client's Trust Account | | ($23.46) |
| 2/28/2011 | Pmt | | Cash receipt #408662 Payment Received - Thank You! | | ($500.00) |
| 3/13/2011 | Fee | JS | Review supplemental pleading by bank. | 0.40 | $80.00 |
| 3/14/2011 | Pmt | | Check #5313 Payment Received - Thank You! | | ($500.00) |
| 6/1/2011 | Fee | JS | Research on cost bill and attorney's fees. Prep cost bill and receipts for lis pendens. | 1.00 | $200.00 |
| 6/3/2011 | Fee | JS | Telecon with McCarthy re: attorney's fees and good faith confer. | 0.15 | $30.00 |
| 6/3/2011 | Fee | JS | Legal research on FRCP motion for fees, prep motion, memorandum and docs for filing. | 1.85 | $370.00 |

## JAMES J. STOUT, P.C.                                               Activity Report

### Activity Subtotals

|  |  |  |
|---|---|---|
| Fees: | 21.65 Hours | $4,280.00 |
| Expenses: |  | $750.54 |
| Other Charges: |  | $0.00 |
| Payments: |  | ($4,194.00) |

---

JAMES J. STOUT, P.C.                                               Activity Report

## CERTIFICATE OF SERVICE

### Case No. 10-CV-03111-PA

I, James J. Stout, hereby certify that I served the foregoing **Declaraion for an Award of Attorneys' Fees For Plaintiff** on Monday, June 06, 2011, via first class mail:

John M. Thomas
Routh Crabtree Olson, PC
11830 SW. Kerr Pkwy., Suite 385
Lake Oswego, OR 97035
    Attorney for Defendant NWTS

Stephen P. McCarthy
Pilar C. French
Lane Powell PC
601 SW. 2nd Ave., Suite 2100
Portland, OR 97204-3158
    Attorneys for Defendants MERS
    and Bank of America

Monday, June 06, 2011

James J. Stout
OSB No. 93473
419 S. Oakdale Ave.
Medford, Oregon 97501
Phone: 541-618-8888
Fax: 541-618-9015
jjstout1@aol.com
    Attorney for plaintiff Hooker
    (clients/Hooker/certmail)