**Stephen P. McCarthy**, OSB No. 894152
mccarthys@lanepowell.com
**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Defendants Bank of America, NA, and Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **IVAN HOOKER and KATHERINE HOOKER,** | Case No. 10-CV-3111-PA |
| Plaintiffs, | NOTICE OF APPEAL |
| v. | |
| **NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** | |
| Defendants. | |

Notice is hereby given that Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc., defendants in the above-named case, hereby appeal to the United States Court of

PAGE 1 -   NOTICE OF APPEAL

Appeals for the Ninth Circuit from the final judgment entered in this action on May 25, 2011, and all interlocutory orders that gave rise to that judgment.

DATED:  June 23, 2011

                                        **LANE POWELL** PC

                                        By s/ Pilar C. French
                                            Stephen P. McCarthy, OSB No. 894152
                                            Pilar C. French, OSB No. 962880
                                            Telephone:  503.778.2100
                                 Attorneys for Defendants Bank of America, NA,
                                 and Mortgage Electronic Registration Systems, Inc.

PAGE 2 -   NOTICE OF APPEAL