**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Brian T. Kiolbasa**, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Bank of America, NA and
Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| IVAN HOOKER and KATHERINE HOOKER, | Case No. 1:10-cv-03111-PA |
| Plaintiffs, | STIPULATED JUDGMENT OF DISMISSAL |
| v. | Pursuant to Fed. R. Civ. P. 41(a) |
| NORTHWEST TRUSTEE SERVICES, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties, through their undersigned counsel, stipulate that this matter should be dismissed with prejudice and without costs and attorney fees and the preliminary injunction entered by the Court on January 19, 2011, is hereby dissolved.

IT IS SO STIPULATED:

JAMES J. STOUT P.C.

By: _____
   James J. Stout, OSB No. 934737
   Telephone: (541) 618-8888

Attorneys for Plaintiffs

DATED: 1/5/15

LANE POWELL PC

By: _____
   Pilar C. French, OSB No. 962880
   Brian T. Kiolbasa, OSB No. 112890
   Telephone: (503) 778-2100

Attorneys for Defendants Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc.

DATED: 1/8/2015

PAGE 2 -   STIPULATED JUDGMENT OF DISMISSAL