IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| IVAN HOOKER; KATHERINE HOOKER, | No. 1:10-cv-03111-PA |
| Plaintiffs, | **AMENDED JUDGMENT** |
| v. | |
| NORTHWEST TRUSTEE SERVICES INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |

**PANNER, J.**

Based on the stipulation of the parties (#60), this case is DISMISSED with prejudice and without costs and attorney fees and the preliminary injunction entered by the Court on January 19, 2011, is hereby dissolved.

IT IS SO ORDERED.

DATED this __12__ day of February, 2015.

                                           Owen M. Panner
                                         United States District Judge

1 - JUDGMENT